IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs. 4:05CR00067-01-WRW

RICHARD LEE FINCH

ORDER

At the conclusion of the change of plea hearing heard before me today, Mr. Finch, through his lawyer, Paul Petty, requested release on bond. That oral motion made by the plaintiff is referred to Magistrate Judge Henry L. Jones, Jr. for resolution.

IT IS SO ORDERED this 19th day of April, 2006.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE

ordrefmo.wpd