IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION



FILED
EASTERN DISTRICT ARKANSAS
APR 19 2006
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | CASE NO. 4:05CR00067-01 |
| ) | |
| RICHARD LEE FINCH ) | |

### ORDER

This matter was referred to the undersigned for a determination of conditions of release after a guilty plea before United States District Judge William R. Wilson. Defendant appeared with counsel on this date for a hearing. In that the Defendant was not able to meet the requirements of 18 U.S.C. § 3145(c), he will remain detained.

SO ORDERED this 19th day of April, 2006.

_____
UNITED STATES MAGISTRATE JUDGE