IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                             4:05-CR-00067-01-BRW

RICHARD LEE FINCH

**ORDER**

Defendant Richard Lee Finch appeared before me on July 9, 2015 at a hearing on the prosecution's Superceding Motion to Revoke Supervised Release (Doc. No. 236). After hearing evidence, I find that Mr. Finch has violated the terms of his supervised release. Specifically, I find that he has unlawfully used a controlled substance (marijuana) on more than three occasions in one year; drank alcohol in excess; left this judicial district without permission; associated with people who were engaged in criminal activity; and violated state law (smoking marijuana and driving while intoxicated).

Accordingly, Mr. Finch's supervised release is revoked and his sentence is as follows:

Mr. Finch must attend 60 days of residential substance-abuse treatment in Jonesboro, Arkansas as directed by the United States Probation Office. The probation officer has arranged a bed for him at the Jonesboro residential-treatment center beginning Monday, July 13, 2015. Until that time, Mr. Finch is to remain in custody of the United States Marshal. The Marshal's Office is directed to transport Mr. Finch to the treatment center in Jonesboro, Arkansas on Monday, July 13, 2015. Once he has completed the 60-day program, he will be on supervised release until February 27, 2018. During the first year of supervised release, Mr. Finch must submit to weekly drug testing at the direction of the probation officer. After that, Mr. Finch must submit to random drug testing under the direction and guidance of the probation officer. Mr.

Finch must be polite and respectful to probation officers.  Mr. Finch needs anger management and I recommend that he participate in an anger-management program as directed by the probation officer – but he must pay for that program out of his own pocket.

    IT IS SO ORDERED this 10th day of July, 2015.


       /s/ Billy Roy Wilson
    UNITED STATES DISTRICT JUDGE