**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

vs. 4:05-CR-00067-01-BRW

**RICHARD LEE FINCH**

**ORDER**

Pending is the Petition for Revocation of Supervised Release (Doc. No. 241) as to Richard Lee Finch. A hearing on the matter is set for, **Wednesday, January 20, 2016 at 10:00 a.m.**, **before the Honorable Billy Roy Wilson, Richard Sheppard Arnold United States Courthouse, 500 West Capitol**, <u>**Courtroom #2A**</u>, Little Rock, Arkansas. Richard E. Holiman has entered an appearance as to Mr. Finch and the Federal Public Defender is relieved as counsel.

IT IS SO ORDERED this 19th day of January, 2016.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE